HEATHER E. WILLIAMS, CA Bar #122664
Federal Defender
VICTOR M. CHAVEZ, CA Bar #113752
Assistant Federal Defender
Designated Counsel for Service
2300 Tulare Street, Suite 330
Fresno, CA  93721-2226
Telephone: (559) 487-5561
Fax: (559) 487-5950

Attorneys for Defendant
BRADLEY ALLEN VAINE

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.  1:12-CR-00403 LJO-SKO |
| Plaintiff, | STIPULATION RESETTING MOTIONS SCHEDULE AND HEARING; ORDER |
| vs. | Date:   September 29, 2014 |
| BRADLEY ALLEN VAINE, | Time:   10:30 a.m. |
| Defendant. | Judge: Hon. Lawrence J. O'Neill |

IT IS HEREBY STIPULATED by the parties hereto, through their respective counsel, that the motions hearing now set for September 22, 2014, may be continued to September 29, 2014, at 10:30 a.m., and that a new motions schedule be set as follows:  Date for filing defendant's motions be extended to September 2, 2014, and that government's response may be filed on September 22, 2014.

This stipulation is requested by counsel for defendant and Assistant United States Attorney, David Gappa, has no objection to this request.  Defense counsel has been focused on two cases that are set for trial in September and a ninth circuit brief.  Defense counsel needs additional time to complete the motion.

The parties agree that the delay resulting from the continuance shall be excluded in the interests of justice, including but not limited to, the need for the period of time set forth herein for effective defense preparation pursuant to 18 U.S.C. § 3161(h)(7)(A) and (B)(ii), (iv).

```
                                        Respectfully submitted,

                                        HEATHER E. WILLIAMS
                                        Federal Defender


Date: August 27, 2014                   /s/ Victor M. Chavez
                                        VICTOR M. CHAVEZ
                                        Assistant Federal Defender
                                        Attorneys for Defendant
                                        BRADLEY ALLEN VAINE


                                        BENJAMIN B. WAGNER
                                        United States Attorney

Date: August 27, 2014                   /s/ David L. Gappa
                                        DAVID L. GAPPA
                                        Assistant United States Attorney
                                        Attorney for Plaintiff
```

## ORDER

IT IS SO ORDERED.

Dated:   **August 27, 2014**                    **/s/ Lawrence J. O'Neill**
                                                UNITED STATES DISTRICT JUDGE

Vaine / Stipulation Resetting Motions Schedule           -2-
and Hearing