1  BENJAMIN B. WAGNER
   United States Attorney
2  DAVID L. GAPPA
   Assistant United States Attorney
3  2500 Tulare Street, Suite 4401
   Fresno, California 93721
4  Telephone: (559) 497-4000
   Facsimile: (559) 497-4099
5

6  Attorneys for the United States of America

7

8             IN THE UNITED STATES DISTRICT COURT

9             FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11 | UNITED STATES OF AMERICA,           | CASE NO. 1:12-CR-00403-LJO-SKO

12 |     Plaintiff,                      | FINAL ORDER OF FORFEITURE

13 |     v.

14 | BRADLEY ALLEN VAINE,

15 |     Defendant.

16

17     WHEREAS, on November 13, 2014, the Court entered a Preliminary Order of Forfeiture,

18 forfeiting to the United States all right, title, and interest of defendant Bradley Allen Vaine in the

19 following property:

20     a. One Huawei cell phone, S/N: SGCAC25HT5225547;

21     b. One Toshiba Satellite laptop (no serial #);

22     c. One Entune USB Drive.

23     AND WHEREAS, beginning on November 19, 2014, for at least 30 consecutive days, the United

24 States published notice of the Court's Order of Forfeiture on the official internet government forfeiture

25 site www.forfeiture.gov.  Said published notice advised all third parties of their right to petition the

26 Court within sixty (60) days from the first day of publication of the notice for a hearing to adjudicate the

27 validity of their alleged legal interest in the forfeited property;

28 ///

AND WHEREAS, the Court has been advised that no third party has filed a claim to the subject property, and the time for any person or entity to file a claim has expired.

Accordingly, it is hereby ORDERED and ADJUDGED:

1. A Final Order of Forfeiture shall be entered forfeiting to the United States of America all right, title, and interest in the above-listed property pursuant to 18 U.S.C. § 2253(a), to be disposed of according to law, including all right, title, and interest of Bradley Allen Vaine.

2. All right, title, and interest in the above-listed property shall vest solely in the name of the United States of America.

3. The Department of Homeland Security, Customs and Border Protection shall maintain custody of and control over the subject property until it is disposed of according to law.

IT IS SO ORDERED.

Dated:   **March 20, 2015**          /s/ Lawrence J. O'Neill
                                    UNITED STATES DISTRICT JUDGE